*Parsons, Howard E. Walker,* for petitioners. *Adamo & Newman, Edward H. Newman,* for respondents.

M. P. No. 79-91. JOHN W. REINHERT, JR. *v.* THE SCHOOL COMMITTEE OF THE TOWN OF BARRINGTON *et al.* The petition for writ of certiorari is denied. *Stephen P. Nugent,* for petitioner. *Hinckley, Allen, Salisbury & Parsons, Michael P. DeFanti,* for respondent.

APPEAL No. 78-386. WILLIAM G. CAMPOS *v.* IRVIN S. KRAMER *et al.* Treating the plaintiff's motion to affirm as a motion to dismiss the appeal as premature, said motion is granted. *Robert E. McCorry, Jr.,* for plaintiff. *Arnold E. Johnson,* for defendants.

APPEAL No. 79-26. TOWER IRON WORKS, INC. *v.* E. TURGEON CONSTRUCTION CO., INC. *et al.* The motion of defendant E. Turgeon Construction Co., Inc. to dismiss this appeal as premature is granted. The petition for writ of certiorari is denied. *Abedon & Visconti, Girard R. Visconti, Gayle F. Tarzwell,* for plaintiff. *Adler Pollock & Sheehan Incorporated, Peter Lawson Kennedy,* for defendant.

March 29, 1979.

M. P. No. 75-125. HERMAN G. BROWN *v.* VINCENT T. IZZO *et al.* The employee's petition for writ of mandamus is denied without prejudice to his right to file such petition with the Superior Court. The motion to amend the petition for writ of mandamus is denied. *R. Kevin Horan,* for petitioner. *Gerald G. Norigan,* Assistant City Solicitor, for respondents.

APPEAL No. 77-71. CHARLES J. BURNS *v.* WILLIAM JANES *et al.* The petition to reargue is denied. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for plaintiff. *Dean J. Lewis,* for defendant.

APPEAL No. 77-209. ALFRED McCALL *v.* ALBERT SAUNDERS *et al.* The petition to reargue is denied. *Nolan & Dailey, Peter Nolan,* for petitioner. *Hinckley, Allen, Salisbury & Parsons, Robert W. Lovegreen,* for respondents.